PER CURIAM.
Kevin D. Recar ("Movant") appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. In his sole point on appeal, Movant contends the motion court erred in denying his post-conviction relief motion because there was an insufficient factual basis to support his guilty plea of trafficking methamphetamine in the second degree. We have reviewed the briefs *686 of the parties and the record on appeal, and we find the motion court did not clearly err. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to MO. R. CIV. P. 84.16(b) (2015).